**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE DE JESUS AVILA SANDOVAL, <br><br> Petitioner, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 09-72904 <br><br> Agency No. A079-537-376 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted February 12, 2013
Pasadena, California

Before: BERZON and WATFORD, Circuit Judges, and CARR, Senior District Judge.[**]

Jose de Jesus Avila Sandoval ("Avila") petitions for review from the

decision of the Board of Immigration Appeals ("BIA") denying as untimely his

motion to reopen removal proceedings. This Court previously instructed the BIA

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The Honorable James G. Carr, Senior United States District Judge for the Northern District of Ohio, sitting by designation.

to consider whether Avila's motion should be deemed timely based on equitable tolling of the filing period. The BIA abused its discretion by rejecting the application of equitable tolling without any supporting factual or legal analysis. *See Movsisian v. Ashcroft*, 395 F.3d 1095, 1098 (9th Cir. 2005). On remand, the BIA shall, after considering arguments from the parties, reconsider whether Avila is entitled to equitable tolling and explain the reasons for its decision.

**PETITION FOR REVIEW GRANTED AND REMANDED.**